KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General
KENNY V. NGUYEN
Deputy Attorney General
State Bar No. 233385
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-6311
 Fax:  (916) 322-8288
 E-mail:  Kenny.Nguyen@doj.ca.gov
*Attorneys for Defendants Scott Vaillancourt, Scott Greminger, and Michelle Webb*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GURMUKH SINGH GILL; and GILLS AUTO SALES,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT VAILLANCOURT, an individual, in his official and individual capacities; SCOTT GREMINGER, an individual, in his representative and individual capacities; MICHELLE WEBB, an individual, in her representative and individual capacities;**<br><br>**AND DOES 1 THROUGH 100,**<br><br>Defendants. | Case No. 2:13-CV-01114-MCE-EFB<br><br>**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[Fed. R. Civ. P. 6(b) & Local Rule 144]<br><br>Courtroom:  7<br>Judge:       Hon. Morrison C. England, Jr.<br>Trial Date:  None<br>Action Filed:  June 25, 2013 |

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint (ECF No. 9), it is hereby ORDERED that the motion is GRANTED.  Defendants' response to Plaintiffs' Complaint is due September 5, 2013.

IT IS SO ORDERED.

Dated:  August 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT