1  KAMALA D. HARRIS
   Attorney General of California
2  PETER A. MESHOT
   Supervising Deputy Attorney General
3  KENNY V. NGUYEN
   Deputy Attorney General
4  State Bar No. 233385
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 323-6311
    Fax: (916) 322-8288
7   E-mail: Kenny.Nguyen@doj.ca.gov
   *Attorneys for Defendants Scott Vaillancourt, Scott*
8  *Greminger, and Michelle Webb*

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                         SACRAMENTO DIVISION

12

13 | **GURMUKH SINGH GILL; and GILLS AUTO SALES,** | Case No. 2:13-CV-01114-MCE-EFB |
14 | | **ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
15 | Plaintiffs, | |
16 | v. | |
17 | | [Fed. R. Civ. P. 6(b) & Local Rule 144] |
18 | **SCOTT VAILLANCOURT,** an individual, in his official and individual capacities; | |
19 | **SCOTT GREMINGER,** an individual, in his representative and individual capacities; | Courtroom: 7 |
   | **MICHELLE WEBB,** an individual, in her representative and individual capacities; | Judge: Hon. Morrison C. England, Jr. |
20 | | Trial Date: None |
   | | Action Filed: June 25, 2013 |
21
22 | **AND DOES 1 THROUGH 100,** | |
   | Defendants. | |
23

24

25

26

27

28

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint (ECF No. 9), it is hereby ORDERED that the motion is GRANTED. Defendants' response to Plaintiffs' Complaint is due September 5, 2013.

IT IS SO ORDERED.

Dated: August 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT