UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GURMUKH SINGH GILL, et al.,

    Plaintiffs,

    v.

SCOTT VAILLANCOURT, et al.,

    Defendants.

No. 2:13-CV-01114-MCE-EFB

**ORDER**

On January 14, 2014, this Court dismissed Plaintiffs' operative complaint with leave to amend. See ECF No. 23. The Court made clear, however, that if no amended complaint was filed within thirty (30) days of the filing of that Order, the complaint would be dismissed with prejudice upon no further notice to the parties.

///
///
////
///
///
///
///
///

1

1  No amended complaint has been filed.  Accordingly, pursuant to the Court's prior Order,
2  this action is now DISMISSED with prejudice, and the Clerk of the Court is directed to
3  close this case.
4       IT IS SO ORDERED.
5  Dated:  March 10, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT